**Order entered November 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00724-CV

**BUILDERS FIRSTSOURCE, INC., ET AL., Appellants**

**V.**

**DESHAWN WHITE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01477-B**

## ORDER

Before the Court is appellee's November 3, 2022 unopposed motion for an extension of time to file his jurisdictional brief. We **GRANT** the motion. We **ORDER** the jurisdictional brief tendered to this Court on November 3rd filed as of the date of this order.

/s/ KEN MOLBERG
JUSTICE